UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE OSBORNE and ALLEN SNEED,

                Plaintiffs,

-against-

IOWA SPORTS MANAGEMENT, INC., and JON OSTROWSKI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2019_

19 Civ. 9466 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    On December 6, 2019, Defendants filed a pre-motion letter setting forth the bases for Defendants' anticipated motion to dismiss and compel arbitration. ECF No. 14. On December 11, 2019, Plaintiffs responded, setting forth their opposition. ECF No. 15. Those submissions are under consideration.

    On October 16, 2019, the Court issued an order scheduling an initial pretrial conference and informing the parties that the Court participates in a Pilot Program for Initial Discovery Protocols for Employment Cases Alleging Adverse Action. ECF No. 7 at 2. This Court's Standing Administrative Order of May 24, 2015, requires all counseled employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq., to be automatically referred to the Southern District of New York's Alternative Dispute Resolution program of mediation upon the filing of an Answer. *See* Standing Order, available at: https://nysd.uscourts.gov/sites/default/files/pdf/2015-SecondAmendedStandingAdminOrder-Counseled-Employment.pdf.

    Accordingly, it is hereby ORDERED that by **December 17, 2019**, at **5:00 p.m.**, the parties shall file a joint letter with the Court, not to exceed two pages, stating their willingness to participate in the District's mediation program, prior to engaging in motion practice.

    SO ORDERED.

Dated: December 11, 2019
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge