

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

516-832-7500

February 10, 2020

**VIA ECF & ELECTRONIC MAIL**

Honorable Analisa Torres, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

  RE: *Bruce Osborne & Allen Sneed v. Iowa Sports Management, Inc., et al*
    **Docket No.: 1:19-cv-09466 (AT) (RWL)**

Dear Judge Torres:

  This firm represents Iowa Sports Management, Inc. and Jon Ostrowski (collectively, "Defendants") in connection with the above-referenced matter. We write pursuant to Your Honor's Individual Rule I.C. to respectfully request an adjournment of the Initial Conference currently scheduled for February 13, 2020 for the reasons set forth below. There have been no previous requests for an adjournment of the Initial Conference

  Defendants previously submitted their letter requesting a pre-motion conference in connection with their anticipated Motion to Compel Arbitration and/or to Dismiss (Docket No. 14) to which the plaintiffs timely filed their response (Docket No. 15). In response to Your Honor's Order (Docket No. 16), the parties informed the Court that they were willing to participate in the Southern District of New York's mediation program prior to engaging in motion practice (Docket No. 18).

  Given the procedural posture of this matter as identified above, Defendants request that in an effort to conserve both party and judicial resources, the Court adjourn the Initial Conference currently scheduled for February 13, 2020, to a date following the mediation which will be conducted on March 24, 2020. Counsel for the plaintiffs, Amit Kumar, Esq., consents to the instant adjournment request.

4811-1803-1028.1

Honorable Analisa Torres
February 10, 2020
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Should Your Honor have any questions or require any additional information, we are available at the Court's convenience.

Respectfully submitted,

**NIXON PEABODY LLP**

/ s /   *Justin A. Guilfoyle*

Justin A. Guilfoyle, Esq.

GRANTED. The initial pretrial conference scheduled for February 13, 2020 is ADJOURNED to **April 6, 2020**, at **2:00 p.m.** By **March 30, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 11, 2020
New York, New York

ANALISA TORRES
United States District Judge