UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE OSBORNE and ALLEN SNEED,

        Plaintiffs,

-against-

IOWA SPORTS MANAGEMENT, INC., and JON OSTROWSKI,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2020__

19 Civ. 9466 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 11, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by March 30, 2020. ECF No. 22. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **April 2, 2020**.

    SO ORDERED.

Dated: March 31, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge