

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020
```

**William Cafaro, Esq.**
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

**Amit Kumar, Esq.**
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

**Andrew S. Buzin, Esq.**
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 23, 2020

**_Via ECF and Electronic Mail_**
Hon. Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: Osborne, et ano v. Iowa Sports Management, Inc., et al
Case No.: 19-cv-09466

Your Honor,

This office represents the Plaintiffs, Bruce Osborne and Allen Sneed in their employment discrimination claims against the Defendants. We write, with the consent of Defendants' counsel, to request an extension of time to re-open this matter from September 26, 2020 until October 26, 2020. No previous requests for an extension of this deadline have been requested. We are requesting this extension of time because the parties are still in the process of negotiating the terms of the settlement agreement. If the Parties are unable to come to terms, the Plaintiffs will need to reopen the action in order prosecute Plaintiffs' rights. Given this, we believe an extension of is warranted.

GRANTED. The deadline to reopen the case is EXTENDED to
**October 26, 2020.**

SO ORDERED.

Dated: September 24, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge